# United States District Court
# Northern District of Illinois

In the Matter of

Fredy Giron

v.

VTech Electronics North America, LLC

District Judge Manish S. Shah

Case No. 15-CV-11885

Designated Magistrate Judge Jeffrey Cole

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Edmond E. Chang to be related to 15-10889 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Manish S. Shah**

Date: Monday, January 11, 2016

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Manish S. Shah

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Ruben Castillo**

Dated: Monday, January 11, 2016

District Reassignment - Finding of Relatedness